IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DREW COLEMAN | : | CIVIL ACTION |
| v. | : | |
| DEBRA SAUDERS, et al. | : | NO. 12-4630 |

ORDER

AND NOW, this 18th day of July, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and the objections of the petitioner to the Report and Recommendation, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petitioner's objections are OVERRULED.
3. The petition for writ of habeas corpus is DENIED.
4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin__
MARY A. McLAUGHLIN, J.